UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

                          Plaintiff,

          -against-

BABAK MONAJEMI,

                          Defendant.

Case No. 1:25-cv-10142 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant's deadline to answer or otherwise respond to the complaint was January 5,

2026.  Defendant has responded to the complaint.  As a courtesy, the Court will extend the

Defendant's deadline to answer or otherwise respond to the complaint to **February 4, 2026**.

Dated:  January 12, 2026
         New York, New York

                              SO ORDERED.

                              _Jennifer Rochon_
                              JENNIFER L. ROCHON
                              United States District Judge